JAMES E. SELL (CA Bar No. 135935)
jsell@tysonmendes.com
MITCHELL B. MALACHOWSKI (CA Bar No. 245595)
mmalachowski@tysonmendes.com
AMANDA ASHWORTH (CA Bar No. 345623)
aashworth@tysonmendes.com
TYSON & MENDES LLP
371 Bel Marin Keys Blvd., Suite 100
Novato, CA 94949
Telephone: (628) 253-5070

Attorneys for Defendants,
SAN JOSE WATER COMPANY and
MICHAEL PAYNE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BHS LAW LLP, a California limited liability partnership, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAN JOSE WATER COMPANY, MICHAEL PAYNE, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: 5:25-cv-10541- NW<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO VACATE CASE MANAGEMENT CONFERENCE (ECF 19)** |

## RECITALS

1.      An initial case management conference is currently set in this matter for April 14, 2026, with a joint case management conference statement due on March 27, 2026. (ECF 19.)

2.      Plaintiff's motion for a preliminary injunction is presently set to be heard on April 15, 2026. (ECF 21.) Defendants' motion to dismiss is presently set to be heard on May 27, 2026. (ECF 20.)

3.      All parties herein believe it would further judicial efficiency for the present case management conference date to be vacated, to be reset after the resolution of these two motions.

**REQUEST FOR RELIEF**

The parties accordingly jointly request:

1.    The present case management conference date, and dates related thereto, to be vacated, to be reset after the resolution of Plaintiff's motion for a preliminary injunction and Defendants' motion to dismiss.

Dated: March 23, 2026                                        BHS LAW CORPORATION

                                                    By      /s/ Brian H. Song
                                                            BRIAN H. SONG
                                                            Attorney for Plaintiff
                                                            BHS LAW LLP

Dated: March 23, 2026                                        TYSON & MENDES LLP

                                                    By      /s/ Mitchell B. Malachowski
                                                            JAMES E. SELL
                                                            MITCHELL B. MALACHOWSKI
                                                            AMANDA ASHWORTH
                                                            Attorney for Defendants
                                                            SAN JOSE WATER COMPANY and
                                                            MICHAEL PAYNE

**SIGNATURE ATTESTATION**

I hereby attest, pursuant to N.D. Cal. Local Rule 5-1(h)(3) that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: March 23, 2026                                        TYSON & MENDES LLP

                                                    By      /s/ Mitchell B. Malachowski
                                                            JAMES E. SELL
                                                            MITCHELL B. MALACHOWSKI
                                                            AMANDA ASHWORTH
                                                            Attorney for Defendants
                                                            SAN JOSE WATER COMPANY and
                                                            MICHAEL PAYNE

**ORDER**

UPON STIPULATION OF ALL PARTIES HEREIN:

1.      The present case management conference date of April 14, 2026, and all dates related thereto, are hereby vacated, to be reset after the resolution of Plaintiff's motion for a preliminary injunction and Defendants' motion to dismiss.

IT IS SO ORDERED.

Dated:   March 24, 2026                    _____

HON. NOËL WISE
UNITED STATES DISTRICT JUDGE