United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BHS LAW LLP,

Plaintiff,

v.

SAN JOSE WATER COMPANY, et al.,

Defendants.

Case No. 25-cv-10541-NW (SVK)

**ORDER RE STAY OF DISCOVERY**

Re: Dkt. No. 41

Before the Court is the question of whether discovery should be stayed until Defendants' pending Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. 34) is resolved. The Court has considered the relevant law and litigation posture of this case and determines that this matter may be decided without oral argument. Civ. L.R. 7-1(b). In light of the nature of the challenges to the Second Amended Complaint and mindful of the guidance of Federal Rule of Civil Procedure 1, the Court agrees that a short stay of discovery is appropriate. Accordingly, the Court **ORDERS** as follows: Discovery in this action is stayed pending either an order on the pending motion to dismiss or a hearing on the motion (currently set for October 14, 2026), whichever occurs first. Following either an order or the hearing, the Parties shall engage in good faith meet and confer to set a schedule for responses to the pending discovery requests if needed. Any further disputes regarding the pending requests must be re-submitted to the undersigned in accordance with Judge van Keulen's standing order.

**SO ORDERED.**

Dated: September 2, 2026

SUSAN VAN KEULEN
United States Magistrate Judge