United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BHS LAW LLP,

Plaintiff,

v.

SAN JOSE WATER COMPANY, et al.,

Defendants.

Case No. 25-cv-10541-NW

**JUDGMENT**

Re: ECF No. 44

On October 12, 2026, the Court granted Defendants' motion to dismiss (ECF No. 34) as to Plaintiff's Section 1983 and Bane Act claims. ECF No. 44. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff as to the Section 1983 and Bane Act claims. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 13, 2026

Noël Wise
United States District Judge